Court and concluded that the order of cumulation was insufficient.

In view of our holding in the Merritt case, we conclude that the relator is entitled to be discharged.

It is so ordered.

The indictment and all other matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is therefore affirmed, and no motion for rehearing will be permitted to be filed.

GRAVES, Presiding Judge.

The conviction is for the offense of burglary; the punishment assessed is confinement in the state penitentiary for a period of two years.